IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ERICK WOODS,

    Plaintiff,

v.

ADAM RESNICK and
F&I SOURCE, LLC,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-392-slc

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiff declaring Erick Woods the sole and exclusive owner of the copyrights in the source code for the Dealer Finance System and dismissing defendants' state law counterclaims without prejudice.

Approved as to form this 19th day of August, 2010.

_____
Stephen L. Crocker,
Magistrate Judge

_____    8/19/10
Peter Oppeneer, Clerk of Court    Date